■ HENRY T. GRINVALSKY, Appellant, v DANIEL S. MARTIN et al., Respondents, et al., Defendants. — Appeal from an order of the Supreme Court, Queens County (Vitale, J.), dated August 28, 1980, dismissed, without costs or disbursements (see *Matter of Aho,* 39 NY2d 241, 248). Judgment of the same court, entered November 3, 1980, affirmed, without costs or disbursements. No opinion. Mollen, P. J., Gibbons, Weinstein and Rubin, JJ., concur.

■ ALTER W. MANTIS, Appellant, v GARY GERSTENFELD et al., Individually and Doing Business as GERSTENFELD, HARMER AND KOGUT, Respondents. — In an action to recover damages for breach of contract, plaintiff appeals from an order of the Supreme Court, Orange County (O'Gorman, J.), entered March 27, 1981, which (1) granted so must of defendants' motion to vacate a default judgment as sought permission to serve and file a late answer and (2) stayed the plaintiff from enforcing the judgment until final determination of the action. Order reversed, on the law, without costs or disbursements, and motion denied. Special Term abused its discretion in excusing defendants' default in appearing and granting them permission to serve a late answer and counterclaim, since the defendants did not offer a reasonable excuse for their delay (see *Fischer v Town of Clarkstown,* 86 AD2d 650; *Bruno v Village of Port Chester,* 77 AD2d 580). Damiani, J. P., Mangano, Weinstein and Bracken, JJ., concur.

■ MINT FACTORS, Appellant, v SINAJ WEINREICH et al., Respondents. — In an action to foreclose a mortgage, plaintiff appeals from (1) a judgment of the Supreme Court, Kings County (Hughes, J.), entered November 26, 1980, which, *inter alia,* declared null and void a mortgage note and mortgage executed by the defendants Weinreich and plaintiff on March 3, 1977, on the ground that the rate of interest was criminally usurious, and (2) an order of the same court, dated January 20, 1981, which denied plaintiff's motion pursuant to CPLR 4404 (subd [b]) to set aside the decision. Judgment and order affirmed, with one bill of costs to respondents Weinreich. No opinion. Damiani, J. P., Titone, Thompson and Bracken, JJ., concur.